UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>REED H. MCCARTY,<br><br>　　　　　　　Defendant. | Case No. CR09-5602RJB<br><br>ORDER ON MOTION TO WITHDRAW AND TO APPOINT CJA COUNSEL |

This matter comes before the court on the Motion to Withdraw and to Appoint CJA Counsel, filed by counsel Sean P. Wickens. Dkt. 19. The court has considered the relevant documents and the remainder of the file herein.

On August 28, 2009, counsel Phil Brennan was appointed to represent defendant, pursuant to the Criminal Justice Act (CJA). Dkt. 2. On September 21, 2009, counsel Sean P. Wickens entered a notice of appearance as retained counsel. Dkt. 15. On October 15, 2009, counsel Paula Olson filed a notice of association with Mr. Brennan. Dkt. 17. On October 21, 2009, Mr. Wickens filed a Motion to Withdraw and to Appoint CJA Counsel, requesting that he be permitted to withdraw as counsel and that CJA counsel be appointed to represent the defendant. Dkt. 19. Mr. Wickens stated that defendant is financially unable to afford retained counsel and has requested that Mr. Wickens petition the court to allow appointment of counsel to represent him. Dkt. 19.

Mr. Wickens should be permitted to withdraw. However, Mr. Brennan has already been appointed counsel for defendant pursuant to the CJA; the request that the court appoint counsel to represent him is

ORDER
Page - 1

1 | moot.

2 | Therefore, it is hereby

3 | **ORDERED** that Mr. Wickens' motion to withdraw as counsel (Dkt. 19) is **GRANTED**. Mr. Wickens' request that the court appoint CJA counsel (Dkt. 19) is **DENIED** as moot.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 23rd day of October, 2009.

Robert J Bryan
United States District Judge