Judge Bryan

UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA | NO. CR 09-5602 RJB |
|---|---|
| Plaintiff, | Order re: Stipulated Motion to Preserve Evidence until Sentencing |
| v. | |
| REED McCARTY, | |
| Defendant. | |

**Order**

Defendant Reed McCarty moves the Court to enter an Order directing ICE to preserve the drugs seized in this case until after the date of Sentencing. The basis for this request is that the defense may need to test the drugs if a dispute arises as to their potency and/or scoring for U.S. Sentencing Guideline purposes. The Government does not oppose the motion.

The Court GRANTS the motion, finding good cause to preserve these drugs. Accordingly, ICE shall maintain possession of the drugs until after Mr. McCarty has been sentenced. Thereafter, ICE may destroy the drugs.

IT IS SO ORDERED this 17th day of March, 2010.

*[signature]*

ROBERT J. BRYAN
United States District Judge

Order Re: Preserving Drugs    1    PHIL BRENNAN, Esq.
P.O. Box 22837
Seattle, WA 98122
(206) 372-5881